1

2

3

4

5

6

7

8                          IN THE UNITED STATES DISTRICT COURT

9                       FOR THE EASTERN DISTRICT OF CALIFORNIA

10    JAMES P. CROSS,

11                    Petitioner,                    No. CIV S-11-1665 JAM CKD P

12           vs.

13
       UNKNOWN,                                      ORDER
14                    Respondent.

15    _____/

16           Petitioner is a state prisoner proceeding pro se with a petition for a writ of habeas

17    corpus pursuant to 28 U.S.C. § 2254.  This case proceeds on the petition filed July 8, 2011.  (See

18    Dkt. No. 10.)  Petitioner has not, however, filed an in forma pauperis affidavit or paid the

19    required filing fee.  See 28 U.S.C. §§ 1914(a), 1915(a).  Petitioner will be provided the

20    opportunity either to submit the appropriate affidavit in support of a request to proceed in forma

21    pauperis or to submit the appropriate filing fee.

22           In accordance with the above, IT IS HEREBY ORDERED that:

23           1.  Petitioner shall submit, within thirty days from the date of this order, an

24    affidavit in support of his request to proceed in forma pauperis on the form provided by the Clerk

25    of Court, or the appropriate filing fee.  Petitioner's failure to comply with this order will result in

26    the dismissal of this action.

1          2.  The Clerk of the Court is directed to send petitioner a new Application to

2   Proceed In Forma Pauperis By a Prisoner.

3   Dated: March 13, 2012

4

5                                       CAROLYN K. DELANEY

6                                       UNITED STATES MAGISTRATE JUDGE

7

8   2
   cross 1665.3a

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26